## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 08 B 29742 |
| Janice Quartman, ) | HON. Susan Pierson Sonderby |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### NOTICE OF MOTION

TO: Tom Vaughn, Chapter 13 Trustee, 200 S. Michigan, Suite 1300, Chicago, IL 60604;

Gloria C Tsotsos, Codilis & Associates PC, 15W030 North Frontage Rd Suite 100, Burr Ridge, IL 60527, representing GMAC Mortgage, LLC and America's Servicing Company as servicer;

See Attached Service List.

Please take notice that on July 16, 2009 at 9:30 a.m., in courtroom 642 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, I shall appear before the Honorable Susan Pierson Sonderby or before any judge sitting in her place and stead, and shall then and there present the attached Motion to Reinstate Stay, at which place and time you may appear if you see fit.

### PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent the attached motion on July 8, 2009 to:

The Chapter 13 Trustee listed above via electronic notice;

Gloria C Tsotsos via facsimile to 630-794-9851; and

The attached service list via U.S. Mail with postage prepaid from the mail chute located at 407 S. Dearborn St., Chicago, IL 60605.


____*/s/ Marcie Venturini*____
     Attorney for Debtor


Robert J. Semrad & Associates
Attorney for Debtor
407 S. Dearborn Street Suite 600
Chicago, IL 60605
(312) 913-0625

## Transmission Report

| | | | |
|---|---|---|---|
| Date/Time | 07-08-2009 | 04:52:52 p.m. | Transmit Header Text |
| Local ID 1 | 12 | | Local Name 1 |
| Local ID 2 | | | Local Name 2 |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x11"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:              )
                    )   CASE NO. 08 B 29742
Janice Quartman,    )   HON. Susan Pierson Sonderby
                    )   CHAPTER 13
DEBTOR.             )

#### NOTICE OF MOTION

TO:   Tom Vaughn, Chapter 13 Trustee, 200 S. Michigan, Suite 1300, Chicago, IL 60604;

Gloria C Tsotsos, Codilis & Associates PC, 15W030 North Frontage Rd Suite 100, Burr Ridge, IL 60527, representing GMAC Mortgage, LLC and America's Servicing Company as servicer;

See Attached Service List.

Please take notice that on July 16, 2009 at 9:30 a.m., in courtroom 642 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, I shall appear before the Honorable Susan Pierson Sonderby or before any judge sitting in her place and stead, and shall then and there present the attached Motion to Reinstate Stay, at which place and time you may appear if you see fit.

#### PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent the attached motion on July 8, 2009 to:

The Chapter 13 Trustee listed above via electronic notice;

Gloria C Tsotsos via facsimile to 630-794-9851; and

The attached service list via U.S. Mail with postage prepaid from the mail chute located at 407 S. Dearborn St., Chicago, IL 60605.

_/s/ Marcie Venturini_
Attorney for Debtor

Robert J. Semrad & Associates
Attorney for Debtor
407 S. Dearborn Street Suite 600
Chicago, IL 60605
(312) 913-0625

Total Pages Scanned : 4        Total Pages Confirmed : 4

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 367 | 916307949851 | 04:51:27 p.m. 07-08-2009 | 00:00:38 | 4/4 | 1 | EC | HS | CP26400 |

Abbreviations:
HS: Host send         PL: Polled local       MP: Mailbox print     TU: Terminated by user
HR: Host receive      PR: Polled remote      CP: Completed         TS: Terminated by system      G3: Group 3
WS: Waiting send      MS: Mailbox save       FA: Fail              RP: Report                    EC: Error Correct

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 08-29742<br>Northern District of Illinois<br>Chicago<br>Wed Jul  8 16:54:38 CDT 2009 | America's Servicing Company as servicer<br>c/o Codilis & Associates, PC<br>15W030 North Frontage Rd., Suite 100<br>Burr Ridge, IL 60527-6921 | GMAC Mortgage, LLC<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road<br>Suite #100<br>Burr Ridge, IL 60527-6921 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AMERICASH LOANS LLC<br>880 LEE STREET STE:302<br>DES PLAINES, IL 60016-6487 | Advance America Cash Loan<br>446 N. Mannheim Rd.<br>Hillside, IL 60162-1831 |
| America's Servicing Company as servicer<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | American Cleaning & Restoration<br>270 Carlton Dr.<br>Carol Stream, IL 60188-2406 | Americas Servicing Co<br>C/O Codilis & Associates P C<br>15W030 N Frontage Road Suite 100<br>Burr Ridge, IL 60527-6921 |
| Americash Loans<br>1117 S. First Ave<br>Maywood, IL 60153-2311 | Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091-5155 | Citgo Oil / Citibank<br>Attn:  Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 |
| Citi Financial<br>Attention:  Bankruptcy Dept.<br>Po Box 140069<br>Irving, TX 75014-0069 | Codilis & Associates<br>115W030 N. Frontage Road<br>Ste. 100<br>Willowbrook, IL 60527 | ECMC<br>PO BOX 8809<br>Richmond,VA 23225-0509 |
| Edlng/glelsi<br>P.o. Box 7860<br>Madison, WI 53707-7860 | GMAC Mortgage<br>Attention:  Bankruptcy Dept.<br>1100 Virginia Drive<br>Fort Washington, PA 19034-3204 | GMAC Mortgage<br>C/O Codilis & Associates P C<br>15W030 N Frontage Road Suite 100<br>Burr Ridge, IL 60527-6921 |
| Geneva Roth Ventures<br>1338 S. Foothill Dr. Suite 325<br>Salt Lake City, UT 84108-2321 | Hfc - Usa/Beneficial<br>Attn: Bankruptcy<br>961 Weigel Dr<br>Elmhurst, IL 60126-1058 | LVNV Funding LLC its successors and assigns<br>assignee of CitiFinancial Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding LLC its successors and assigns<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | National Quick Cash<br>6508 W. Cermak<br>Berwyn, IL 60402-2323 | Nicor Gas<br>Attention:  Bankruptcy Department<br>1844 Ferry Road<br>Naperville, IL 60563-9662 |
| Park National Bank<br>11 West Madison St<br>Oak Park, IL 60302-4203 | Payday Loan Store<br>1900 W. Roosevelt Rd.<br>Broadview, IL 60155-2926 | Shell Mastercard<br>Post Office Box 15918<br>Wilmington, DE 19886-5918 |
| South Central Bank & Trust<br>525 W Roosevelt Rd<br>Chicago, IL 60607-4905 | Sst/columbus Bank&trus<br>Po Box 84024<br>Columbus, GA 31908-4024 | Tribute/fbofd<br>6 Concourse Pkwy Ne Fl 2<br>Atlanta, GA 30328-6117 |

U.S. Auto Title Lenders
500 W. Madison
Suite 2910
Chicago, IL 60661-4571

US Auto Title Lenders
2922 N. Clark Street
Chicago, IL 60657-5210

US Auto Title Lenders
Auto Title Lenders
7434 N Western Ave
Chicago, IL 60645-1734

USA Payday Loans
10 W. North Ave.
North Lake, IL 60164-2310

Wexler & Wexler
500 W. Madison
Suite 2910
Chicago, IL 60661-2587

Xls/cit Educ Loan Trus
1500 W 3rd St Ste 125
Cleveland, OH 44113-1422

Janice L Quartman
5539 W. Quincy
Chicago, IL 60644-4238

Marcie C Venturini
Robert J. Semrad & Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603-1802

Patrick J. Semrad
Robert J Semrad and Associates
20 S Clark St
Ste. 2800
Chicago, IL 60603-1811

Tom Vaughn
200 South Michigan Ste 1300
Chicago, IL 60604-2429

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-1702

End of Label Matrix
Mailable recipients    40
Bypassed recipients     0
Total                  40

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO.  08 B 29742 |
| Janice Quartman | ) HON. Susan Pierson Sonderby |
| | ) CHAPTER 13 |
| DEBTOR. | ) |

## MOTION TO REINSTATE THE AUTOMATIC STAY

NOW COMES the Debtor, by and through her attorneys, Robert J. Semrad and Associates, and moves this Honorable Court to reinstate the automatic stay, and in support thereof states as follows:

1. That the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C. on October 31, 2008.

2. That this case has been confirmed by this Honorable Court.

3. That the Debtor has not converted the Chapter 13 case to a Chapter 7 case.

4. That on December 22, 2008, America's Servicing Company brought a motion to modify the automatic stay as Debtor was in default with mortgage payments.

5. That the motion for relief from stay was resolved with a repay order and subsequently a notice of default was issued modifying the automatic stay as to America's Servicing Company.

6. That Debtor has tendered proof of payments for the months of March 2009, (please see attached Exhibit A) April 2009, (please see attached Exhibit B).

7. That Debtor made a timely payment for the month of May 2009 however, the payment never cleared. Please see attached Exhibit C for proof that this payment was received by America's Servicing Company. Debtor then attempted to get the cashier's check reissued however the bank placed a ninety (90) day hold on the cashier's check.

8. That Debtor also mailed a timely payment for the month of June 2009 and was informed by America's Servicing Company that the payment would be sent back due to default. As of yet, Debtor has not received the payment back. Please see attached Exhibit D.

9. That there is an awaiting sale date on client's property set for July 22, 2009.

10. That the property is needed for an effective reorganization.

11. That, equitably, the automatic stay should be reinstated.

WHEREFORE, the Debtor, prays this Honorable Court for the following relief:

- A. That this Honorable Court reinstate the automatic stay as to America's Servicing Company for the reasons as set forth above;

- B. For such other and further relief this court deems just and proper.

Respectfully Submitted,

___*/s/ Marcie Venturini*___
Attorney for Debtor

Robert J. Semrad & Associates
407 South Dearborn Street, Suite 600
Chicago, Illinois 60605
(312) 913-0625