# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 08 B 29742 |
| Janice L Quartman ) | HON. JANET S. BAER |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60604;

Codilis & Associates P.C. 15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527, representing America's Servicing Company as servicer, and GMAC Mortgage, LLC;

See attached service list.

Please take notice that on July 5, 2012 at 9:30 a.m., I shall appear before the Honorable Janet S. Baer in Courtroom 615 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that she sent the attached motion on June 25, 2012 to:

The Chapter 13 Trustee listed above via electronic court notification;

Codilis & Associates P.C. via regular U.S. Mail to 15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527; and

The attached service list via regular mail from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.


/s/ *Marcie Venturini*
Attorney for Debtor

Robert J. Semrad & Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 08-29742<br>Northern District of Illinois<br>Chicago<br>Mon Jun 25 16:44:41 CDT 2012 | America's Servicing Company as servicer<br>c/o Codilis & Associates, PC<br>15W030 North Frontage Rd., Suite 100<br>Burr Ridge, IL 60527-6921 | GMAC Mortgage, LLC<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road<br>Suite #100<br>Burr Ridge, IL 60527-6921 |
| (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1704 |
| AMERICASH LOANS LLC<br>880 LEE STREET STE:302<br>DES PLAINES, IL 60016-6487 | Advance America Cash Loan<br>446 N. Mannheim Rd.<br>Hillside, IL 60162-1831 | America's Servicing Company as servicer<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 |
| American Cleaning & Restoration<br>270 Carlton Dr.<br>Carol Stream, IL 60188-2406 | Americas Servicing Co<br>C/O Codilis & Associates P C<br>15W030 N Frontage Road Suite 100<br>Burr Ridge, IL 60527-6921 | Americash Loans<br>1117 S. First Ave<br>Maywood, IL 60153-2311 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Citgo Oil / Citibank<br>Attn:  Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Citi Financial<br>Attention:  Bankruptcy Dept.<br>Po Box 140069<br>Irving, TX 75014-0069 |
| Codilis & Associates<br>115W030 N. Frontage Road<br>Ste. 100<br>Willowbrook, IL 60527 | ECMC<br>PO BOX 8809<br>Richmond,VA 23225-0509 | Edlng/glelsi<br>P.o. Box 7860<br>Madison, WI 53707-7860 |
| GMAC Mortgage<br>Attention:  Bankruptcy Dept.<br>1100 Virginia Drive<br>Fort Washington, PA 19034-3204 | GMAC Mortgage<br>C/O Codilis & Associates P C<br>15W030 N Frontage Road Suite 100<br>Burr Ridge, IL 60527-6921 | Geneva Roth Ventures<br>1338 S. Foothill Dr. Suite 325<br>Salt Lake City, UT 84108-2321 |
| Hfc - Usa/Beneficial<br>Attn: Bankruptcy<br>961 Weigel Dr<br>Elmhurst, IL 60126-1058 | LVNV Funding LLC its successors and assigns<br>assignee of CitiFinancial Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding LLC its successors and assigns<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| National Quick Cash<br>6508 W. Cermak<br>Berwyn, IL 60402-2323 | Nicor Gas<br>Attention:  Bankruptcy Department<br>1844 Ferry Road<br>Naperville, IL 60563-9662 | Park National Bank<br>11 West Madison St<br>Oak Park, IL 60302-4203 |
| Payday Loan Store<br>1900 W. Roosevelt Rd.<br>Broadview, IL 60155-2926 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Shell Mastercard<br>Post Office Box 15918<br>Wilmington, DE 19886-5918 |

| | | |
|---|---|---|
| South Central Bank & Trust<br>525 W Roosevelt Rd<br>Chicago, IL 60607-4905 | Sst/columbus Bank&trus<br>Po Box 84024<br>Columbus, GA 31908-4024 | Tribute/fbofd<br>6 Concourse Pkwy Ne Fl 2<br>Atlanta, GA 30328-6117 |
| U.S. Auto Title Lenders<br>500 W. Madison<br>Suite 2910<br>Chicago, IL 60661-4571 | US Auto Title Lenders<br>2922 N. Clark Street<br>Chicago, IL 60657-5210 | US Auto Title Lenders<br>Auto Title Lenders<br>7434 N Western Ave<br>Chicago, IL 60645-1734 |
| USA Payday Loans<br>10 W. North Ave.<br>North Lake, IL 60164-2310 | Wexler & Wexler<br>500 W. Madison<br>Suite 2910<br>Chicago, IL 60661-4571 | Xls/cit Educ Loan Trus<br>1500 W 3rd St Ste 125<br>Cleveland, OH 44113-1422 |
| Janice L Quartman<br>5539 W. Quincy<br>Chicago, IL 60644-4238 | Marcie C Venturini<br>Robert J. Semrad & Associates<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 | Patrick J. Semrad<br>Robert J Semrad and Associates<br>20 S Clark St<br>Ste. 2800<br>Chicago, IL 60603-1811 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5713 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Green Tree Servicing LLC<br>PO BOX 6154<br>Rapid City, SD 57709-6154 | Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | (d)Green Tree Servicing LLC<br>PO Box 6154<br>Rapid City, SD  57709-6154 |
| Portfolio Recovery Associates, LLC<br>P.O. Box 41067<br>Norfolk, VA 23541 | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients     0<br>Total                  43 | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 08 B 29742 |
| Janice L Quartman ) | HON.  JANET S. BAER |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**MOTION TO OBTAIN CREDIT / INCUR DEBT**

NOW COMES the Debtor, by and through Debtor's counsel, Robert J. Semrad and Associates, and moves this Honorable Court for the entry of an Order authorizing the Debtor to obtain additional financing for the purchase of a vehicle.  In support thereof the Debtor states as follows:

1. Debtor respectfully requests this Motion be heard on shortened notice.

2. On October 31, 2008 the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

3. On January 22, 2009 this Honorable Court confirmed the Debtor's Chapter 13 plan of reorganization.

4. The confirmed Chapter 13 Plan allows secured creditors to be paid 100.00% of their allowed claims and general unsecured creditors to be paid 10.00% of their allowed claims.

5. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $210.00 per month for 12 months, and $1,275.00 monthly for an additional 48 months.

6. Debtor wishes to incur debt and purchase a used 2007 Honda Pilot.

7. Debtor will need to finance $17,058.25 in order to purchase the above referenced vehicle.  Debtor's projected car payment will be $369.93 on a monthly basis for 72 months at an interest rate of 15.990%. Please see attached Exhibit A for a copy

      of the good faith estimate. Please see attached Exhibit B for Debtor's amended Schedule J.

8. The Chapter 13 Trustee is receiving consistent plan payments via Debtor's payroll deductions, and Debtor is current with Trustee Plan payments at this time.

9. Debtor has filed the instant case in good faith and is in a position to proceed.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order permitting the Debtor to purchase a vehicle, and incur additional financing for approximately $17,058.25 at an interest rate of 15.990% with payments of $369.93 on a monthly basis for a term of 72 months; and

B. For any and all other relief this Court deems fair and proper.

Respectfully submitted,

___/s/ *Marcie Venturini*_____
   Attorney for Debtor

Robert J. Semrad & Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603
 (312) 913-0625